IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge S. Kato Crews

Civil Action No. 1:26-cv-04629-SKC-KAS

GREENLATINOS, *et al.*,

Plaintiffs,

v.

MARKWAYNE MULLIN, *et al.*,

Defendants.

---

# MINUTE ORDER

---

**United States District Judge S. Kato Crews**

Having reviewed the pending Motions (Dkts. 12, 15, 18, 19) and the related briefing as well as the Parties' Responses (Dkts. 23, 25) to the Order to Show Cause regarding consolidation of this case with the related matter *State of Colorado v. U.S. Dep't of Homeland Security, et al.*, No. 1:26-cv-04832-SKC, the Court ORDERS as follow:

With respect to Plaintiffs' Motion for Leave to File Excess Pages, the Court understands that at the time Plaintiffs filed their Motion for Preliminary Injunction, they were functioning under the understanding that there were no page restrictions for their filing. However, Plaintiffs' request to exceed this Court's page-limitations three times over and to submit nearly 9000 pages of exhibits is excessive. This Court does not conduct trials or hearings on the papers, and to the extent Plaintiffs believe these exhibits are necessary to the Court's determination, a hearing is the more appropriate venue to present them. Consequently, Plaintiff's Motion (Dkt. 15) is DENIED, and the Motion for a Preliminary Injunction (Dkt. 12) is STRICKEN.

Turning to Defendants' Motion to Stay, the Court recognizes this Motion is opposed but it nevertheless exercises its discretion to issue an Order without awaiting

a response. D.C.COLO.LCivR 7.1(d) ("Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed."). The Court has reviewed Defendants' arguments in favor of a stay as well as the pending Motion for Preliminary Injunction in *Colorado v. Dep't of Homeland Sec.*, 1:26-cv-04832-SKC. Because Colorado's request for a preliminary injunction—which is fully briefed—seeks the same relief as the Plaintiffs in this case, and under the Court's obligations under Federal Rules of Procedure 1 to "to secure the just, speedy, and inexpensive determination of every action and proceeding," the Court concludes that a stay is warranted. Consequently, Defendants' Motion (Dkt. 18) is GRANTED, and this Case is STAYED pending the outcome in *Colorado v. Dep't of Homeland Sec.* Should the Court deny the Motion in that case, Plaintiffs here will be permitted to file an amended motion for preliminary injunction addressing any arguments not already decided in the parallel action. For this reason, Plaintiffs' Motion to Expedite (Dkt. 19) is DENIED WITHOUT PREJUDICE.

Finally, the Court will take the matter of consolidation under advisement pending the outcome of the preliminary injunction requests.

SO ORDERED.

DATED: October 30, 2026.